Before LUTTIG, MICHAEL and DIANA GRIBBON MOTZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Roy L. Stoudemire seeks to appeal the district court's order denying relief on his motion filed under 28 U.S.C. § 2255 (2000). We have reviewed the record and conclude for the reasons stated by the district court that Stoudemire has not made a substantial showing of the denial of a constitutional right. *See United States v. Stoudemire*, Nos. CR–00–191; CA–02–1978–8 (D.S.C. June 11, 2002). Accordingly, we deny a certificate of appealability and dismiss the appeal. *See* 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

**Ron Tearia NICHOLAS,
Plaintiff–Appellant,**

v.

**Isiah CANN, Lieutenant, Allendale Correctional Institution; T. Bryan Byrne, Doctor at Allendale Correctional Institution; NFN Crosby, LPN at Allendale Correctional Institution; John R. Pate, Warden, Allendale Correctional Institution, Defendants–Appellees.**

**No. 02–7085.**

United States Court of Appeals,
Fourth Circuit.

Submitted Dec. 16, 2002.

Decided Dec. 19, 2002.

Ron Tearia Nicholas, Appellant Pro Se. Michael Charles Tanner, EARLY & NESS, Bamberg, South Carolina, for Appellees.

Before LUTTIG, MICHAEL, and DIANA GRIBBON MOTZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Ron Tearia Nicholas appeals the district court's order accepting the recommendation of the magistrate judge and dismissing without prejudice his 42 U.S.C. § 1983 (2000) complaint as it related to Defendants Isiah Cann and John Pate.* We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Nicholas v. Cann*, No. CA–01–4480–9 (D.S.C. June 25, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

---

* Because Nicholas does not challenge the dismissal with prejudice of his remaining claims in his appellate brief, he has waived appellate review as to the remaining claims. *See* 4th Cir. R. 34(b).